UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| XIAO YE BAI,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>CALVIN JOHNSON, et al.,L, *et al*,<br><br>　　　　　Defendants. | Case No. 2::20-cv-02192-RFB-EJY<br><br>**ORDER TO PRODUCE<br>FOR<br>VIDEOCONFERENCE<br>XIAO YE BAI, #1099896** |

TO:　　WILLIAM GITTERE, WARDEN, ELY STATE PRISON, ELY NV

**THE COURT HEREBY FINDS** that **XIAO YE BAI, #1099896**, is presently in custody of the Nevada Department of Corrections, located at Ely State Prison, Ely, Nevada.

**IT IS HEREBY ORDERED** that the Warden of Ely State Prison, or his designee, shall arrange for and produce XIAO YE BAI**, #1099896 on** or about, December 10, 2021, at the hour of 10:45 a.m., for a **videoconference** Hearing by zoomgov technology in the instant matter, and arrange for his appearance on said date as ordered and and directed by the Court entitled above, until XIAO YE BAI, #1099896 is released and discharged by the said Court; and that XIAO YE BAI, #1099896 , shall thereafter be returned to the custody of the Warden, Ely State Prison, Ely, Nevada, under safe and secure conduct.

**DATED** this 8th day of December, 2021.

_____
**RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE**