UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| XIAOYE BAI,<br><br>       Plaintiff,<br><br>   v.<br><br>CALVIN JOHNSON, *et al.*,<br><br>       Defendants. | Case No. 2:20-cv-02192-RFB-EJY<br><br>**ORDER** |

On October 1, 2021, the Court entered a Screening Order allowing numerous claims asserted by Plaintiff to proceed against various defendants then-named, but unserved. ECF No. 11 at 19. On February 10, 2022, the Court entered an Order following the lifting of a stay that required the Attorney General of the State of Nevada to, within twenty-one days of the date of the Order:

> file a notice advising the Court and Plaintiff of: (a) the names of the defendants for whom it accepts service; (b) the names of the defendants for whom it does not accept service, and (c) the names of the defendants for whom it is filing the last-known-address information under seal.  As to any of the named defendants for whom the Attorney General's Office cannot accept service, the Attorney General's Office shall file, under seal, but shall not serve the inmate Plaintiff the last known address(es) of those defendant(s) for whom it has such information.  If the last known address of the defendant(s) is a post office box, the Attorney General's Office shall attempt to obtain and provide the last known physical address(es).

ECF No. 40.  The Attorney General did not comply with the Court's Order.

Accordingly, IT IS HEREBY ORDERED that the Attorney General of the State of Nevada **must** file the information required by the February 10, 2022 Order **no later than April 29, 2022**.

DATED this 6th day of April, 2022.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1