UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| XIAO YE BAI,<br><br>    Plaintiff,<br><br>  v.<br><br>CALVIN JOHNSON, et al.,L, *et al*,<br><br>    Defendants. | Case No. 2::20-cv-02192-RFB-EJY<br><br>**ORDER TO PRODUCE FOR VIDEOCONFERENCE XIAO YE BAI, #1099896** |

TO:     CALVIN JOHNSON, WARDEN, ELY STATE PRISON, ELY NV

**THE COURT HEREBY FINDS** that **XIAO YE BAI, #1099896**, is presently in custody of the Nevada Department of Corrections, located at High Desert State Prison, Indian Springs, Nevada.

**IT IS HEREBY ORDERED** that the Warden of High Desert State Prison, or his designee, shall arrange for and produce **XIAO YE BAI, # 1 0 9 9 8 9 6  o n** or about, May 6, 2022, at the hour of 1:00 p.m., for a videoconference hearing by zoomgov technology in the instant matter, and arrange for his appearance on said date as ordered and and directed by the Court entitled above, until **XIAO YE BAI, #1099896** is released and discharged by the said Court; and that **XIAO YE BAI, #1099896** , shall thereafter be returned to the custody of the Warden, High Desert State Prison, Indian Springs, Nevada, under safe and secure conduct.

**DATED** this <u>22nd</u> day of April, 2022.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**