UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

XIAO YE BAI,

        Plaintiff,

      v.

CALVIN JOHNSON, et al.,L, *et al*,

        Defendants.

Case No. 2::20-cv-02192-RFB-EJY

**ORDER TO PRODUCE
FOR
VIDEOCONFERENCE
XIAO YE BAI, #1099896**

TO:    CALVIN JOHNSON, WARDEN, ELY STATE PRISON, ELY NV

**THE COURT HEREBY FINDS** that **XIAO YE BAI, #1099896**, is presently in custody of the Nevada Department of Corrections, located at High Desert State Prison, Indian Springs, Nevada.

**IT IS HEREBY ORDERED** that the Warden of High Desert State Prison, or his designee, shall arrange for and produce **XIAO YE BAI , # 1 0 9 9 8 9 6 o n** or about, July 5, 2022, at the hour of 10:00 a.m., for a videoconference hearing by zoomgov technology in the instant matter, and arrange for his appearance on said date as ordered and and directed by the Court entitled above, until **XIAO YE BAI, #1099896** is released and discharged by the said Court; and that **XIAO YE BAI, #1099896** , shall thereafter be returned to the custody of the Warden, High Desert State Prison, Indian Springs, Nevada, under safe and secure conduct.

**DATED** this 10th day of May, 2022.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**