UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| XIAO YE BAI, <br><br> Plaintiff, <br><br> v. <br><br> CALVIN JOHNSON, *et al.*, <br><br> Defendants. | Case No. 2:20-cv-02192-GMN-EJY <br><br> **ORDER** |

On May 12, 2022, Plaintiff Xiao Ye Bai filed a Second Amended Complaint (the "SAC"). ECF No. 71. The SAC will be screened by the Court. If claims proceed, the Court will order the Nevada Attorney General to advise if he accepts service on behalf of any unserved defendant. If service is not accepted, the Court will order service. Specifically, after screening, and depending on the outcome, USM-285 forms will be sent to Plaintiff who must timely return the completed forms to the Court. Thereafter, the U.S. Marshal Service will be ordered to attempt service.

Accordingly, and based on the foregoing, Plaintiff's Motion for Service by USMS (ECF No. 61) is denied without prejudice because it is mooted by the Second Amended Complaint.

Dated this 19th day of May, 2022.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE