UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| XIAO YE BAI, | Case No. 2:20-cv-02192-GMN-EJY |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| CALVIN JOHNSON, *et al.*, | |
| Defendants. | |

The Court is in receipt of Defendants' Supplemental Notice of Acceptance of Service on behalf of Defendants Jacob Holguin and Larry Treadwell. ECF No. 89. All named Defendants against whom claims currently proceed are now represented by the Nevada Attorney General's Office except Defendant Christy who the Attorney General still cannot identify. *Id*.

Prior to recommending dismissal of Defendant Christy for failure to serve, the Court grants Plaintiff **one** additional opportunity to provide additional information regarding "Christy," which may assist in her identification and service.

Accordingly, IT IS HEREBY ORDERED that Plaintiff will have through and including **August 19, 2022** to file with the Court any information regarding Defendant Christy that may assist with the identification of this individual. Such information may include, but is not limited to, a first name, a position held with the Nevada Department of Corrections, dates such position was held, and or a badge number.

IT IS FURTHER ORDERED that failure to identify Defendant Christy or otherwise to comply with the terms of this Order will lead to a recommendation to dismiss Defendant Christy without prejudice.

Dated this 19th day of July, 2022.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1