UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

XIAO YE BAI,

       Plaintiff,

    v.

CALVIN JOHNSON, et al.,L, *et al*,

      Defendants.

Case No. 2:20-cv-02192-RFB-EJY

**ORDER TO PRODUCE FOR VIDEOCONFERENCE XIAO YE BAI, #1099896**

TO:    JEREMY BEAN, ASSOCIATE WARDEN, HIGH DESERT STATE PRISON, INDIAN SPRINGS, NV

**THE COURT HEREBY FINDS** that **XIAO YE BAI, #1099896**, is presently in custody of the Nevada Department of Corrections, located at High Desert State Prison, Indian Springs, Nevada.

**IT IS HEREBY ORDERED** that the Associate Warden of High Desert State Prison, or his designee, shall arrange for and produce **XIAO YE BAI #1099896** on or about January 10, 2023, at the hour of 8:30 a.m., for a videoconference hearing by zoomgov technology in the instant matter, and arrange for his appearance on said date as ordered and and directed by the Court entitled above, until **XIAO YE BAI, #1099896,** is released and discharged by the said Court; and that **XIAO YE BAI, #1099896**, shall thereafter be returned to the custody of the Warden, High Desert State Prison, Indian Springs, Nevada, under safe and secure conduct.

**DATED** this 20th day of December, 2022.

_____

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**