1

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

3

\* \* \*

4

XIAOYE BAI,

5

Plaintiff,

6

v.

7

CALVIN JOHNSON, *et al.*,

8

Defendants.

9

Case No.: 2:20-cv-02192-RFB-EJY

**ORDER**

10         Pending before the Court is Defendants' Motion for Leave to File Plaintiff's Medical

11    Records Under Seal.  ECF No. 115.  Defendants state that "[t]he Medical Records (Exhibit A) being

12    submitted to the Court are found in Plaintiff's medical file and are reasonably related to Plaintiff's

13    medical care."  *Id.* at 2.[1]  Defendants further state that the medical records "are being submitted to

14    allow the Court to gauge the veracity of the parties' claims concerning compliance with this Court's

15    orders (most recently ECF No. 111)."  *Id.*

16         As the party seeking to seal a judicial record, Defendants must meet their burden of

17    overcoming the strong presumption in favor of access and public policies favoring disclosure.

18    *Kamakana v. City and Cnty. of Honolulu*, 447 F.3d 1172, 1178-79 (9th Cir. 2006) (holding that those

19    who seek to maintain the secrecy of documents attached to dispositive motions must meet the high

20    threshold of showing that "compelling reasons" support secrecy).  The mere fact that the production

21    of records may lead to a party's embarrassment, incrimination, or exposure to further litigation will

22    not alone compel the court to seal its records.  *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d

23    1122, 1136 (9th Cir. 2003).  Importantly, medical privacy also meets the compelling reason standard.

24    *See, e.g.*, *San Ramon Regional Med. Ctr., Inc. v. Principal Life Ins. Co.*, 2011 WL 89931, at \*n.1

25    (N.D. Cal. Jan. 10, 2011); *Abbey v. Hawaii Employers Mut. Ins. Co.*, 2010 WL 4715793, at \*\*1–2

26    (D.HI. Nov. 15, 2010); *G. v. Hawaii*, 2010 WL 267483, at \*\*1–2 (D. HI. June 25, 2010); *Wilkins v.*

27

28

[1]         Defendants submitted the instant medical records under seal at ECF No. 116-1.

1

1   *Ahern*, 2010 WL 3755654 (N.D. Cal. Sept. 24, 2010); *Lombardi v. Tri West Healthcare Alliance*

2   *Corp.*, 2009 WL 1212170, at *1 (D. Ariz. May 4, 2009).

3          The Court considered the Motion and the documents sought to be sealed.  The Court finds

4   Exhibit A in support of Defendants' Response to Plaintiff's Updated Notice to the Court Regarding

5   Compliance With Court Order (ECF No. 112) contains medical records that are properly sealed.

6          Accordingly, IT IS HEREBY ORDERED that Defendants' Motion for Leave to File

7   Plaintiff's Medical Records Under Seal (ECF No. 115) is GRANTED.

8          IT IS FURTHER ORDERED that Exhibit A (ECF No. 116-1) in support of Defendants'

9   Response to Plaintiff's Updated Notice to the Court Regarding Compliance With Court Order (ECF

10  No. 112) shall remain sealed.

11         DATED this 26th day of January, 2023.

12

13  _____
    ELAYNA J. YOUCHAH
14  UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28