UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| XIAO YE BAI,<br><br>      Plaintiff,<br><br>   v.<br><br>CALVIN JOHNSON, et al.,L, *et al*,<br><br>      Defendants. | Case No. 2:20-cv-02192-RFB-EJY<br><br>**ORDER TO PRODUCE FOR VIDEOCONFERENCE XIAO YE BAI, #1099896** |

TO:   BRIAN WILLIAMS, WARDEN, HIGH DESERT STATE PRISON, INDIAN SPRINGS, NV

**THE COURT HEREBY FINDS** that **XIAO YE BAI, #1099896**, is presently in custody of the Nevada Department of Corrections, located at High Desert State Prison, Indian Springs, Nevada.

**IT IS HEREBY ORDERED** that the Warden of High Desert State Prison, or his designee, shall arrange for and produce **XIAO YE BAI #1099896** on or about March 14, 2023, at the hour of 9:00 a.m., for a videoconference hearing by zoomgov technology in the instant matter, and arrange for his appearance on said date as ordered and and directed by the Court entitled above, until **XIAO YE BAI, #1099896,** is released and discharged by the said Court; and that **XIAO YE BAI, #1099896**, shall thereafter be returned to the custody of the Warden, High Desert State Prison, Indian Springs, Nevada, under safe and secure conduct.

**DATED** this <u>6th</u> day of February, 2023.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**