Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Ryan Norwood
Assistant Federal Public Defender
New Hampshire State Bar No.15604
*Ron Y. Sung
Assistant Federal Public Defender
Nevada State Bar No. 13047
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Ryan_Norwood@fd.org
Ron_Sung@fd.org

*Attorney for Petitioner Xiao Ye Bai

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Xiao Ye Bai,

       Plaintiff,

   v.

Calvin Johnson, *et al.*,

       Defendants.

Case No. 2:20-cv-02192-RFB-EJY

**Second Stipulation for Revised Scheduling Order**

     Pursuant to FRCP 16(b)(4) and Local Rule 26-2, the parties stipulate and agree to modify/extend the Scheduling Order (ECF No. 170). This would be the second stipulation for a revised scheduling order. This stipulated proposed order is made in good faith and is supported by good cause.

**STATEMENT OF FACTS IN SUPPORT OF STIPULATION**

Following an April 22, 2024 status hearing, this court directed that a third amended complaint and a joint proposed scheduling order be submitted within 60 days.   ECF No. 150. The parties submitted a stipulated order adopted by the Court (ECF No. 151), under which, *inter alia,* discovery would commence with the filing of Defendants' responsive pleading on August 20, 2024 and continue until February 18, 2025.

Plaintiffs served a request for the production of documents on Defendants on September 6, 2024, and later provided initial disclosures.  A dispute thereafter arose over whether a stay should be granted pending the resolution of a motion to dismiss, as a result of which Defendants initially declined to provide documents. See generally ECF No. 163.   After the Court denied Defendants' motion to stay, Defendants provided documents on November 22, 2024 pursuant to a new deadline set by the Court. ECF No. 164 at 3.   Counsel for Mr. Bai has since been organizing and reviewing these documents, which total more than a thousand pages, to determine what other discovery will need to be pursued.

Throughout much of the time since the filing of the initial revised scheduling order in December, Plaintiff's counsel and staff were occupied with a trial in *Johnson v. Barrett*, 2:17-cr-2304-RFB-BNW, which was expected to commence in January at the time of the prior stipulation but which had to be continued until late February. The Court also held oral argument on a number of pending motions in this case on February 19, and noted that it would be filing an order on Defendants' Motion to Dismiss.

2

For these reasons additional time will be needed to complete discovery in this case and good cause exists for an extension of the current deadlines.  The parties request the existing deadlines be extended by thirty  (30) days as follows:

- The parties may then engage in discovery until **June 18, 2025;**
- Expert disclosures must be made on or before **April 17, 2025,** and disclosures of rebuttal experts must be made on or before **May 19 2025.**
- Dispositive Motions: that they be filed and served no later than **July 18, 2025;**
- Joint Pretrial Order: that it be due on **August 18, 2025.** If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.

## CONCLUSION

Based on the foregoing and for good cause appearing, the Parties respectfully request that the Court approve their Stipulation and alter the discovery deadlines as set forth above.


Dated March 17, 2025


Aaron D. Ford                                     Rene L. Valladares
Attorney General                                 Federal Public Defender


*/s/ Leo T. Hendges*                          */s/ Ryan Norwood*
_____          _____

Leo T. Hendges                                   Ryan Norwood
Senior Deputy Attorney General          Assistant Federal Public Defender


IT IS SO ORDERED:

U.S. MAGISTRATE JUDGE

Dated: March 18, 2025

4