Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Ryan Norwood
Assistant Federal Public Defender
Pennsylvania State Bar No. 332919
*Ron Y. Sung
Assistant Federal Public Defender
Nevada State Bar No. 13047
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Ryan_Norwood@fd.org
Ron_Sung@fd.org

*Attorney for Petitioner Xiao Ye Bai

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Xiao Ye Bai,<br><br>              Plaintiff,<br><br>     v.<br><br>Calvin Johnson, *et al.*,<br><br>              Defendants. | Case No. 2:20-cv-02192-RFB-EJY<br><br>**Fourth Stipulation to Suspend Discovery** |

Pursuant to FRCP 16(b)(4) and Local Rule 26-4, the parties stipulate and agree to modify/extend the Scheduling Order (ECF No. 176). This would be the fourth stipulation for a revised scheduling order. This stipulated proposed order is made in good faith and is supported by good cause.

## STATEMENT OF FACTS IN SUPPORT OF STIPULATION

On March 31, 2025, this Court entered an order denying Defendants' Motion to Dismiss Mr. Bai's Third Amended Complaint. ECF No. 177. On April 15, Defendants filed a Notice of Appeal regarding this order, stating their intent to seek an interlocutory appeal. ECF No. 178. The parties thereafter entered a stipulation that discovery could be suspended for 180 days or until the conclusion of the appeal. ECF Nos. 179, 180, then a second stipulation for another 120 days or until the conclusion of the appeal ECF Nos 185, 86, and then a third stipulation for another 120 days or until the conclusion of the appeal. ECF Nos. 187, 188.

The Court of Appeals for the Ninth Circuit has docketed the appeal as Case No. 25-2479. Defendants filed their Opening Brief on September 26, 2025. Mr. Bai filed an Answering Brief on January 21, 2026. Defendants filed their Reply Brief on April 27, 2026. The parties had an oral argument on June 9, 2026.

As the appeal is still awaiting a decision from the panel, and having conferred, the parties would hereby stipulate that this discovery schedule may be further suspended until the panel decision in this appeal. There is good cause for this stipulation because both parties wish to avoid conducting discovery whilst litigating matters regarding this appeal. This stipulation does not constitute a concession by either party regarding (a) the Court's jurisdiction pending the filing of the appeal[1] or (b) the merits of the appeal.

---

[1] Defendants believe this Court lacks jurisdiction over this matter because the filing of the notice of appeal vests jurisdiction with the Ninth Circuit Court of Appeals. However, in the interests of justice and in accord with Fed. R. Civ. P. Defendants have agreed to stipulate to this request.

## CONCLUSION

Based on the foregoing and for good cause appearing, the Parties respectfully request that the Court approve their Stipulation and suspend discovery until the panel decision in the appeal docketed as Case No. 25-2479.

Dated June 22, 2026:

| | |
|---|---|
| Aaron D. Ford | Rene L. Valladares |
| Attorney General | Federal Public Defender |
| | |
| */s/ Randall Gilmer* | */s/ Ron Sung* |
| Randall Gilmer | Ron Sung |
| Deputy Attorney General | Assistant Federal Public Defender |
| Nevada Bar No. 14001 | |

IT IS SO ORDERED:

_____
U.S. MAGISTRATE JUDGE


Dated: ___June 23, 2026_____

3