Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Ryan Norwood
Assistant Federal Public Defender
Pennsylvania State Bar No. 332919
*Ron Y. Sung
Assistant Federal Public Defender
Nevada State Bar No. 13047
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Ryan_Norwood@fd.org
Ron_Sung@fd.org
*Attorneys for Petitioner Xiao Ye Bai

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Xiao Ye Bai,<br><br>Plaintiff,<br><br>v.<br><br>Calvin Johnson, *et al.*,<br><br>Defendants. | Case No. 2:20-cv-02192-RFB-EJY<br><br>**Stipulation Regarding Substitution of Counsel** |

Pursuant to LR IA 11-6(c) it is hereby stipulated that the Federal Public Defender of Nevada, by and through Assistant Federal Public Defenders Ryan Norwood and Ron Sung, will withdraw as counsel from this case and that Attorneys Emily A. Ellis and Ashley N. Schobert will substitute as counsel for Plaintiff Xiao Bai. Their information is as follows:

Emily A. Ellis (Nevada Bar No. 11956)
eellis@bhfs.com
Ashley N. Schobert (Nevada Bar No. 16317)
aschobert@bhfs.com
Brownstein Hyatt Farber Schreck
100 North City Parkway, Suite 1600
Las Vegas, NV 89106
702-464-7013

Signed:

Ryan Norwood — 9/1/2026
Ryan Norwood — Date
*Counsel for Xiao Ye Bai*

9/1/2026
Ron Sung — Date
*Counsel for Xiao Ye Bai*

9/8/2026
Emily A. Ellis — Date
*Counsel for Xiao Ye Bai*

9/1/2026
Ashley Schobert — Date
*Counsel for Xiao Ye Bai*

I consent to the above substitution

09/01/2026.
Xiao Ye Bai — Date
*Plaintiff*

**ORDER**

IT IS SO ORDERED.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATE: September 9, 2026